UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-07563-ACCV** | Date: | August 21, 2026 |
| Title: | ***Tino Safarian v. Ernesto Santacruz, Jr., et al.*** | | |

| | |
|---|---|
| Present: The Honorable | Angela C. C. Viramontes, United States Magistrate Judge |

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS):** **ORDER SETTING STATUS CONFERENCE FOR AUGUST 26, 2026 AT 10:00 A.M.**

The parties are ordered to appear at a status conference to discuss the above-listed case. Petitioner's and Respondents' counsel should be prepared to discuss the following:

- Petitioner's current custody status;
- Any immigration supervision requirements that currently apply to Petitioner's release; and
- Scheduled upcoming Immigration and Customs Enforcement check-in appointments.

The status conference is set for August 26, 2026, at 10:00 a.m., to be held via Zoom. The parties may obtain the Zoom access information by visiting the

Court's procedures page for the Honorable Angela C. C. Viramontes at https://apps.cacd.uscourts.gov/Jps/honorable-angela-c-c-viramontes.

Otherwise, failure to appear at the status conference as ordered or to be prepared to participate in good faith at the conference may lead to sanctions or contempt proceedings. *See, e.g.*, Fed. R. Civ. P. 16(f); L.R. 41-1, 41-5.

**IT IS SO ORDERED.**